UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| OUR CHILDREN'S EARTH FOUNDATION,<br><br>            Plaintiff,<br>    v.<br><br>PABCO BUILDING PRODUCTS, LLC, et al.,<br><br>            Defendants.<br>_____/ | No. C 12-02791 LB<br><br>**ORDER (1) REFERRING CASE TO MEDIATION AND (2) CONTINUING THE INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES** |

The court has learned that the parties agree to participate in mediation with the court's Alternative Dispute Resolution program. Pursuant to his agreement, this action is hereby **REFERRED** to court-sponsored mediation, which shall occur within 90 days from the date of this order, if possible. Furthermore, the Initial Case Management Conference, which currently is scheduled for November 15, 2012, is **CONTINUED** to **January 24, 2013 at 10:30 a.m.** in Courtroom C, 15th Floor, United States District Court, 450 Golden Gate Avenue, San Francisco, California, 94102. The parties shall file a joint case management statement no later than January 17, 2013.

**IT IS SO ORDERED.**

Dated: October 12, 2012

_____
LAUREL BEELER
United States Magistrate Judge

C 12-02791 LB
ORDER