UNITED STATES DISTRICT COURT
For the Northern District of California

# UNITED STATES  DISTRICT COURT

## Northern District of California

### San Francisco Division

OUR CHILDREN'S EARTH
FOUNDATION,

                Plaintiff,

    v.

PABCO BUILDING PRODUCTS, LLC, et
al.,

                Defendants.

_____/

No. C 12-02791 LB

**ORDER CONTINUING THE CASE
MANAGEMENT CONFERENCE IN
LIGHT OF THE PARTIES'
APPARENT SETTLEMENT**

[Re: ECF No. 20]

    On March 4, 2013, the parties to this action filed a notice informing the court that they have reached a settlement and that they hope to have the settlement agreement executed and approved within 45 days.  *See* 3/4/2013 Notice, ECF No. 20.  Rather than vacate the upcoming March 14, 2013 case management conference as the parties' request, the court **CONTINUES** the case management conference to **June 6, 2013** at 10:30 a.m. in Courtroom C, 15th Floor, United States District Court, 450 Golden Gate Avenue San Francisco, California, 94102.  The parties shall file a joint case management conference statement by **May 30, 2013**.  If the parties file a "Stipulation for Approval of Settlement Agreement and Dismissal of Plaintiff's Claims with Prejudice" before that time (as they suggest they will), the case management conference will be vacated.

    **IT IS SO ORDERED.**

Dated: March 5, 2013

_____
LAUREL BEELER
United States Magistrate Judge

C 12-02791 LB
ORDER